SEALED

AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT

**FILED**

**March 30, 2026**

KAREN MITCHELL
CLERK, U.S. DISTRICT
COURT

for the

Northern District of Texas

United States of America
v.

Lontrell Williams Jr. (01), Lontrell Williams Sr. (02), Rodney Wright, Jr. (03), Demarcus Glover (04), Darrion McDaniel (05), Terrance Rodgers (06), Kordae Johnson (07), Kedarius Waters (08), Damarian Gipson (09)

*Defendant(s)*

Case No. 3:26-MJ-328-BK

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of January 10, 2026 in the county of Dallas in the Northern District of Texas, the defendant(s) violated:

| *Code Section* | *Offense Description* |
| --- | --- |
| 18 U.S.C. § 1201(a) and (c) | Kidnapping; Conspiracy to commit kidnapping |

This criminal complaint is based on these facts:

See attached Affidavit of FBI Special Agent Brittany Garcia

☑ Continued on the attached sheet.

*Complainant's signature*

SA Brittany Garcia, FBI

*Printed name and title*

Agent sworn and signature confirmed via reliable electronic means, pursuant to Fed. R. Crim. P. 4.1.

Date: March 30, 2026

*Judge's signature*

City and state: Dallas, Texas

RENÉE HARRIS TOLIVER, U.S. Magistrate Judge

*Printed name and title*

**AFFIDAVIT IN SUPPORT OF**
**APPLICATION FOR CRIMINAL COMPLAINT**

I, Brittany Garcia, a Special Agent ("SA") with the Federal Bureau of Investigation ("FBI"), being first duly sworn, hereby depose and state as follows:

**INTRODUCTION**

1. I am a Special Agent with the Federal Bureau of Investigation and have been since September 2022. I received formal training from the FBI and have worked alongside various law enforcement agencies that investigate bank robberies, carjackings, and other violent crimes. Based on my training and experience, I am familiar with the ways that criminals conduct their business, including the various methods by which robberies and kidnappings are conducted. I have used various investigative techniques, such as interviewing witnesses, interviewing defendants, conducting surveillance, and executing search, seizure, and arrest warrants in my federal investigations. I am familiar with how criminals use their cell phones, vehicles, and social media accounts to facilitate the commission of these types of offenses.

2. This affidavit is based on my personal knowledge as well as information provided to me by other law enforcement officers and other individuals who have participated in this investigation. Since this affidavit is being submitted for the limited purpose of establishing probable cause for a complaint, I have not included every fact known to me concerning this investigation. Based on the facts set forth below, there is probable cause to believe that on or about January 10, 2026, in the Northern District of Texas and elsewhere, the following individuals violated 18 U.S.C. §§ 1201(a) and (c) by

knowingly combining, conspiring, and agreeing with other persons known and unknown to commit offenses against the United States, to wit: unlawfully seizing, confining, inveigling, decoying, kidnapping, abducting, or carrying away for ransom or reward any person:

- Demarcus Glover ("Glover"), date of birth (DOB) XX-XX-2003;
- Damarian Gipson ("Gipson"), DOB XX-XX-2000;
- Kordae Johnson ("Johnson"), DOB XX-XX-2006;
- Darrion McDaniel ("McDaniel") DOB XX-XX-2000;
- Terrance Rodgers ("Rodgers") DOB XX-XX-2000;
- Kedarius Waters ("Waters"), DOB XX-XX-2001;
- Lontrell Williams Jr. ("Williams Jr."), DOB XX-XX-1999;
- Lontrell Williams Sr. ("Williams Sr."), DOB XX-XX-1976; and
- Rodney Wright, Jr. ("Wright"), DOB XX-XX-1999 (collectively, the "**Target Suspects**").

## PROBABLE CAUSE

### A. *Overview of the Kidnapping*

3. On January 10, 2026, at approximately 4:50 p.m., victims (who will be referred to throughout this affidavit by their initials, or collectively as "the Victims") R.D., M.M., and B.P. were kidnapped and robbed at gunpoint at a music studio located on Dallas Parkway, in Dallas, Texas. This location is within the Dallas Division of the Northern District of Texas.

4. At approximately 1:00 p.m. on January 10, 2026, the Victims flew into Dallas, Texas alongside R.D.'s head of security, (hereinafter referred to as "C.W."), and other security officer (hereinafter referred to as "T.D.") for a scheduled business meeting between R.D. and suspect Williams Jr. Williams Jr. is a hip-hop artist known as "Pooh Shiesty" and has been signed to a recording contract for R.D.'s music label "1017" since approximately 2021. R.D. and Williams Jr. were scheduled to meet because Williams Jr. was upset with the terms of his contract and wished to be released from his contractual obligations. Williams Jr. had asked R.D. to come to Dallas on this date so they could meet about "business."

5. At approximately 1:45 p.m., C.W., T.D., and the Victims arrived at the scheduled meeting location, a music recording studio located within a larger office building. When C.W., T.D., and the Victims entered the office building, they realized the recording studio—owned by an individual hereinafter referred to as J.N.—was closed. While they waited for the studio to open, the five went to a liquor store and purchased liquor and plastic red solo cups before returning to the studio.

6. Williams Jr.'s father, Williams Sr., called J.N. multiple times on the day of the meeting. At approximately 2:53 p.m., J.N. answered the phone and learned that Williams Sr. was attempting to book a recording studio that afternoon for Williams Jr. and R.D. to record music. At or around 3:15 p.m., J.N. opened the studio for R.D., M.M., B.P., C.W., and T.D. Investigators later collected and reviewed surveillance video captured at another business located in the same office building on the same floor as the recording studio, which shows Williams Sr. outside of the office building at

approximately 3:27 p.m. on January 10, 2026 (left). Williams Sr. appears to be speaking with someone on his cellphone before entering the building at or around 3:28 p.m. (right).





7. At approximately 3:39 p.m., an employee of the studio arrived to assist with production. When the employee arrived, Williams Jr. and Williams Sr. were standing at the back door of the office building, engaged in what appeared to be an argument over the phone.

8. At approximately 3:43 p.m., Williams Jr., Williams Sr., Wright,[1] Johnson, Waters, Rodgers, Gipson, Glover, and McDaniel entered the east side of the office building. The **Target Suspects** walked through the lobby area of the office building before going inside the studio (left). One individual with a dreadlock hairstyle, later identified as Gipson, can be seen on video exiting the office building and shortly thereafter returning with a bag slung over his shoulder (right):

[1] Wright is also known as the hip-hop artist "Big30."




9. The nine individuals entered the studio's control room, where inside the Victims were watching a football game. C.W. was positioned in the studio lobby while T.D. remained in the vehicle they arrived in. Depicted below are photographs of the studio lobby (left), studio control room (right), and studio recording room (bottom) taken from Dallas Police Department ("DPD") body camera and crime scene photographs captured on the night of the offense.





10. The Victims overheard Williams Jr. talking on his cellphone (potentially

with a probation or parole officer), stating that his case worker had given him permission to be out for "rec time." From what the Victims could hear, Williams Jr. was informed that was not the case and he needed to return immediately. Williams Jr. agreed. Williams Jr. was wearing an ankle monitor, leading the Victims to believe that Williams Jr. was on house arrest.

11. R.D. told Williams Jr. they could reschedule their studio session, but Williams Jr. requested to speak with R.D. privately in the attached recording room. R.D. agreed, and entered the recording room with Williams Jr., Williams Sr., and Wright. Meanwhile, M.M and B.P. remained in the control room with the six other individuals and continued to watch the football game. B.P. offered to share the liquor they purchased with the **Target Suspects**, and at least two accepted, grabbing the red cups and making a drink.

12. Inside the control room, Williams Jr. produced purported contract termination or release paperwork from a bag and told R.D. to sign. When R.D. declined, Williams Jr. became agitated, and the pair started to argue. M.M. and B.P. could see inside the recording room and initially believed R.D. and Williams Jr. to be discussing business, but as M.M. saw the conversation intensifying, he texted C.W. (who was still in the music studio's lobby).

13. As the argument inside the recording room ensued, Williams Jr. instructed Wright to get his bag. Wright complied, leaving the recording room before returning with a bag. Williams Jr. then pulled what appeared to be a black AK-style pistol from the bag and pointed it at R.D., demanding again that R.D. sign the contractual release paperwork.

R.D. complied, signing the paperwork for Williams Jr. while Williams Sr. and Wright stood by. R.D. was not allowed to leave the recording room while he was held at gunpoint by Williams Jr.

14. Wright pulled out a cellphone and purported to record R.D. signing the paperwork while being forced to say that he "released" Williams Jr. from their contract.[2] After the "release" was signed, Williams Jr. took R.D.'s wedding ring, watch, earrings, and cash.

15. After R.D. signed the contractual release paperwork, Williams Jr. provided the paperwork to Williams Sr. and asked him if the paperwork was good. Williams Sr. advised that the paperwork needed to be dated, so Williams Jr. then forced R.D. to add a date next to his signature.

16. As R.D., Williams Jr., Williams Sr., and Wright exited the recording room, the remaining subjects—Waters, Rodgers, Johnson, Glover, McDaniel, and Gipson—produced handguns or AR/AK style pistols and began to demand property from B.P. and M.M.

17. B.P. was pushed onto a couch in the control room, while an individual known to B.P. as "CMO Damn Foo" and part of Williams Jr.'s "crew"—later identified as Rodgers—searched his pockets and stole his wallet. B.P.'s chain and a necklace bearing the moniker "1017" were stolen from his neck by another subject he knew as "Glizzy 375"—later identified as McDaniel. During the robbery, McDaniel repeatedly

[2] According to B.P.'s statement to law enforcement, he witnessed Wright pointing a cell phone at R.D. inside the recording room but assumed at the time that Wright was taking pictures for social media.

threatened to shoot B.P. for moving, but Williams Jr. instructed McDaniel not to.

18. B.P. further identified an individual he knew as "BabySlime375"—later identified as Johnson—as being involved in the kidnapping and robbery, and that during the control room robberies, Johnson possessed a firearm and held B.P. and others at gunpoint. Both M.M. and B.P. identified an individual they knew as "KD"—later identified as Waters—as also being involved in the kidnapping and robbery, possessing a firearm, and holding them at gunpoint.

19. M.M. was choked from behind to the point of nearly losing consciousness during the kidnapping and robbery, resulting in scratches on his neck and wrist (below):



20. M.M. was robbed of his Rolex watch, a Louis Vuitton bag containing multiple other high-dollar watches, Apple AirPod headphones, and his wallet at gunpoint by Glover.[3] M.M. confirmed his Louis Vuitton bag, AirPods, and wallet each had an Apple AirTag (a location tracking device) attached.[4]

[3] M.M. later told law enforcement that he was able to identify his robber by the Instagram handle @twinncmo, later identified as Demarcus Glover.

[4] M.M. provided investigators screenshots of the last recorded locations of the Apple AirTags. Specifically, the last location for the AirTags on the Louis Vuitton bag and AirPods was off the Dallas

21. As the altercation inside the control room ensued, Wright walked over to the studio door to the lobby, closed it, and blocked it with his body, preventing the Victims from leaving. C.W. and T.D.—the Victims' security guards—watched Wright barricade the door and attempted to force their way into the control room but were prevented from entering. With handguns drawn, C.W. and T.D. managed to partially open the door, but recognized that they were outnumbered by the armed **Target Suspects**.

22. R.D. was pushed onto the couch in the control room, causing the Victims to believe they were going to be executed. Williams Jr. placed the barrel of a firearm to the back of B.P.'s head and ordered him and R.D. to leave the control room and the studio through the west entrance of the office building. R.D. then instructed C.W. and T.D. to escort them to their vehicle. As the Victims left, M.M. turned to Williams Jr. and asked him if they were really taking his watches.

23. Based on later-recovered surveillance video footage, the **Target Suspects** left the studio and the office building through the east entrance at approximately 4:48 p.m.

---

North Tollway just south of the Sam Rayburn Tollway in Plano. As the Target Suspects drove north on the Dallas North Tollway after the offense, they would have passed through this area. The last location for the AirTag on the wallet was a parking lot that services both the apartment where Williams Sr. currently has a leased apartment (and where Williams Jr. is believed to reside) and The Star in Frisco, Texas.



24. Exterior surveillance videos recovered from a neighboring building showed a white Buick Enclave, a black Dodge Charger Hellcat, and a black Dodge Ram with a distinct roll bar affixed to the bed of the truck traveling northbound shortly after the kidnapping and robbery (below):





**B. *Vehicle Identification***

25. According to law enforcement databases, Wright's father (also named Rodney Wright) owns a 2020 Dodge Charger Hellcat bearing Tennessee license plate

BHB8698.[5] License plate readers ("LPR") placed this Charger in Texas—including the Dallas-Fort Worth Metroplex—during the relevant time period. In particular, a 2:18 p.m. scan on January 10, 2026 captured the Charger following in close proximity to a black Dodge Ram bearing Arkansas license plate TKBXD. The Dodge Ram appears to have the same distinct roll bar as the Dodge Ram captured on surveillance video near the offense location later that afternoon.[6]

26. LPR scans at or around 5:04 p.m. on January 10, 2026 place the Charger traveling in close proximity to a white Buick Enclave bearing Texas license plate XMV1420. This Enclave returns with "Hertz Rental" as its registered owner.

27. On or about January 14, 2026, investigators subpoenaed The Hertz Corporation/Hertz Rent A Car ("Hertz") for information associated with the Enclave. On January 14, 2026, Hertz responded, providing information including that the white Buick Enclave bearing Texas License Plate XMV1420 had been rented by Williams Sr. on December 29, 2025, with a return date of January 11, 2026. The records further revealed the Enclave was still rented to Williams Sr. at the time of the January 10, 2026 kidnapping and robbery. Location information provided by Hertz in response to a search warrant detailed the movements of the Buick Enclave on January 10-11, 2026. These records corroborated the LPR scans and confirmed the Enclave was at or near the offense location on January 10, 2026.

[5] Law enforcement initially believed the Hellcat was registered to Wright, but upon further investigation learned that it was actually registered to his father.

**C. *Williams Jr. Electronic Location Monitoring***

28. Williams Jr. is currently serving a 63-month sentence for a violation of 18 U.S.C. § 924(o) (Conspiracy to Possess Firearms in Furtherance of Violent and Drug Trafficking Crimes) that he sustained in the Southern District of Florida (1:21-CR-20357-KMM(1)) in 2022. According to records received from the Bureau of Prisons, Williams Jr. was approved for home detention on or about October 31, 2025. As part of his conditions for home detention, Williams Jr. agreed to not "possess any deadly weapon or knowingly be in the company of a person possessing the same." Additionally, Williams Jr. is required to wear an electronic monitoring device monitored by the Bureau of Prisons. Investigators received partial records associated with Williams Jr.'s electronic monitoring device, including location data from January 9, 2026, and January 10, 2026. These records corroborated the information investigators received regarding Williams Jr.'s movements, including his location at or near the offense location on January 10, 2026.

**D. *Staples***

29. On the day of the offense, at approximately 1:50 p.m., Williams Sr. was seen on video entering a Staples located at 3333 Preston Rd., Frisco, Texas 75034. His rented Buick Enclave can be seen on surveillance video parking near the front of the store, after which Williams Sr. enters the store and walks to the copy/printer machines. Investigators obtained a copy of a receipt that confirms that a transaction occurred at the copy/printer machines at 1:59 p.m.—the time Williams Sr. is seen on surveillance video near the machines. Due to the close timing of this visit to Staples prior to the offense, the

fact that Williams Sr. went straight to the printing area of the store, and the timing of the receipt confirming a transaction occurred while Williams Sr. was at or near these printers, investigators believe that Williams Sr. and Williams Jr. went to Staples for the purpose of printing off the contractual release that was presented to R.D.

**E. *Cell Phone Records***

30. Investigators obtained cell phone records for Williams Jr., Williams Sr., Wright, Johnson, Waters, Rodgers and Gipson, and telematics location data and records for the Dodge Charger Hellcat, and the Dodge Ram (cell phone records for Glover and McDaniel are pending).[7] The records indicate Wright, Johnson, Waters, Rodgers, and Gipson traveled together from Memphis, Tennessee to Dallas, Texas in the Dodge Charger Hellcat and the Dodge Ram. They left Memphis on January 8, 2026, and arrived in Dallas in the early morning hours of January 9, 2026. The data from Glover's electronic monitoring device aligns with these cell phone records.[8]

31. On January 10, 2026 from approximately 2:28 p.m. to approximately 2:46 p.m., Williams Jr., Williams Sr., Wright, Johnson, Waters, Rodgers, Gipson, the Dodge Charger Hellcat, and the Dodge Ram, were in the area of the Windrose Tower—a location Williams Jr. resided prior to moving into his new residence at Twelve Cowboys

---

[7] In particular, the Dodge Charger Hellcat and the Dodge Ram were equipped with wireless data capabilities (i.e., telematics) provided by AT&T.

[8] On December 1, 2025, Glover pled guilty to felony charges of Conspiracy to Commit Auto Burglary and Auto Burglary in Desoto County, Mississippi. According to records received from the State of Mississippi, Glover was released on a $250,000 bond and was required to wear an electronic monitoring device monitored by the Justice Network of Mississippi.

Way in Frisco, Texas.[9] They all traveled together to the area of offense location, arriving at approximately 3:00 p.m.[10] The data from Williams Jr.'s electronic monitoring device and location information for the Buick Enclave align with the cell phone records.

32. Williams Jr., Williams Sr., Wright, Waters, Rodgers, Gipson, the Dodge Charger Hellcat, and the Dodge Ram traveled together from the area of the offense location, leaving at approximately 4:50 p.m., to the area of The Star in Frisco, Texas, arriving at approximately 5:07 p.m. Williams Jr., Williams Sr., Wright, Johnson, Waters, Rodgers, and Gipson utilized towers with coverage that includes The Star until approximately 9:30 p.m. The data from Williams Jr.'s electronic monitoring device and location information for the Buick Enclave aligned with the cell phone records.

33. Wright, Johnson, Waters, Rodgers, Gipson, the Dodge Charger Hellcat, and the Dodge Ram traveled together from the area of The Star in Frisco to the area of the Comfort Inn, 11069 Composite Drive, Dallas, Texas, where they remained overnight. Williams Jr. and Williams Sr. remained in the area of The Star overnight.

34. On February 24, 2026, Flix North America, Inc., which owns Greyhound Bus Lines, responded to a subpoena with records documenting that on January 11, 2026, Glover, Rodgers, Gipson, and McDaniel traveled together on a Greyhound bus from Dallas, Texas to Memphis, Tennessee. Cell phone records for Rodgers and Gipson

[9] Surveillance footage captured at the Windrose Tower on January 10, 2026, shows the Buick Enclave, driven by Williams Sr., exiting the tower's parking garage at approximately 2:30 p.m., immediately followed by a black Dodge Ram and black Dodge Charger.

[10] Johnson's phone was connected to the Internet for more than two and a half hours, starting at 2:44 p.m., utilizing a tower just north of Windrose Tower. Verizon records include only the starting tower of a data session.

corroborate this travel.

35. Cell phone records indicate that on January 13, 2026, Wright, Johnson, and Waters traveled together with the Dodge Ram from Dallas, Texas to Memphis, Tennessee. The Dodge Charger Hellcat was stolen from the Comfort Inn in the early morning hours of January 11, 2026. It was reported stolen by an individual, T.A., on January 13, 2026 at approximately 1:04 p.m., shortly after Wright left the Dallas area.

### F. *Comfort Inn*

36. After reading the incident report for the stolen Dodge Charger Hellcat and analyzing cell phone records for Wright, Johnson, Waters, Rodgers and Gipson, Investigators determined they stayed at the Comfort Inn, 11069 Composite Drive, Dallas, Texas from January 10-11, 2026. Comfort Inn records confirm that Gipson paid for four rooms at the hotel. Investigators reviewed surveillance footage from the Comfort Inn and observed Wright, Johnson, Waters, Rodgers, Gipson, Glover, and McDaniel inside the Comfort Inn, all clad in clothing similar to what the suspects in the kidnapping and robbery appeared to be wearing (below, stills from the offense location next to stills from this surveillance footage):

<u>Rodney Wright</u>:



<u>Kordae Johnson</u>:



<u>Kedarius Waters</u>:



Terrance Rodgers:



Damarian Gipson:




Demarcus Glover:



Darrion McDaniel:




**G.** ***AFIS Hits***

37. On January 16, 2026, the AFIS quality latent prints lifted from the crime scene were run through AFIS.[11] That same day, a DPD Forensic Fingerprint Expert received hit notifications that the latent prints from one red Solo cup were identified as the left ring finger of Gipson and a latent print from another red Solo cup was identified as the right thumb of Rodgers.

**H.** ***Identification of the Target Suspects through Instagram***

**1. Williams Jr.: @Poohshiesty**

38. M.M., B.P., and R.D. all personally knew Williams Jr. by both his legal name and the name under which he performs, Pooh Shiesty. @Poohshiesty is a verified Instagram account, and the individual depicted throughout the account matches Williams

[11] "AFIS" refers to the Automated Fingerprint Identification System, a digital database maintained by law enforcement that stores and compares fingerprint records. When latent prints are recovered from a crime scene, qualified examiners can submit them to AFIS, which uses automated matching algorithms to identify potential candidates. A fingerprint examiner then verifies any matches returned by the system.

Jr. M.M. and R.D. described Williams Jr. as wearing a black Nike brand "shiesty" mask, black hooded shirt, and black pants during the offense.[12] An online search of Williams Jr. matched the individual depicted throughout @Poohshiesty.



**2. Williams Sr.: @Mobtiesglobal**

39. The Victims identified Williams Sr.'s Instagram account as @Mobtiesglobal. Photographs on the account refer to Williams Sr. and Williams Jr. as father and son.

**3. Wright: @Ceobig30**

40. M.M., B.P., and R.D. all identified Wright, a well-known hip-hop artist also known as "Big30," as present during the offense. M.M. and R.D. identified his Instagram account as @Ceobig30, which is verified by Instagram. The account contains photographs of Wright with Williams Jr. and Waters, and investigators located a

[12] A "shiesty" is a popular, often black, balaclava-style face mask worn as a fashion accessory in urban, drill music, and streetwear culture.

Facebook account associated with Wright depicting him with Williams Jr. and Waters:



**4. Waters: @Kd375x**

41. M.M. and B.P. identified "KD" as a nickname for Waters and described him as Williams Jr.'s "right-hand man." M.M. described Waters' attire during the offense as a black hoodie with white stripes down the sleeves, which matches an individual captured on surveillance video at the offense location. Investigators matched Waters' driver's license photograph to the individual depicted throughout @Kd375x:





### 5. Rodgers: @_Damfool375

42. B.P. identified an individual he knew as “Damfool375” as present during the offense and described his physical appearance and clothing. Investigators located the Instagram account @_Damfool375 and an associated Facebook account featuring photographs with Williams Jr., Wright, and other **Target Suspects**. Investigators matched Rodgers’ state identification photograph to the individual depicted on these accounts.




43. On surveillance footage from the offense location, the individual believed to be Rodgers can be seen exiting the building carrying what appears to be the Louis Vuitton bag M.M. reported stolen. On January 15, 2026, Rodgers posted a video on @_Damfool375 showing him wearing a Rolex GMT-Master II (“Batman” Rolex) with an “Oystersteel” band that appears visually similar to the watch stolen from M.M., who provided investigators with photographs, a receipt, and the serial number for the stolen watch. [13] Additional posts on @_Damfool375 show Rodgers wearing shoes similar to

[13] M.M. explained to investigators that this “Batman” Rolex with the “Oystersteel” band is a rare watch and was able to identify it from the footage on the Instagram account. Further research by investigators corroborated M.M.’s statements about the rarity of a “Batman” Rolex through internet searches.

those he wore during the offense.









**6. Glover: @_twinncmo_**

44. M.M. identified the Instagram user @_twinncmo_ as the individual who choked, scratched, and wanted to shoot him during the offense. Investigators matched Glover's driver's license photograph to the individual depicted on the account, and Wright's criminal history revealed a prior arrest with Glover.

45. Instagram records obtained pursuant to a State of Texas search warrant revealed the following posts from @_twinncmo_:

- January 11, 2026 (9:13 a.m.): A story featuring a large amount of cash, a Rolex visually similar to the one stolen from M.M., and a location tag of Dallas, Texas:




- January 11, 2026 (6:12 p.m.): A video showing individuals visually similar to Rodgers and Gipson flashing large amounts of money and a watch (stills

from the video below):



- January 17, 2026: A story showing Glover with a Rolex that appears identical to the one stolen from M.M., stating he "got a new rope" (believed to be slang for watches or necklaces):




- January 19, 2026: Videos of Glover wearing a necklace with a "1017" pendant that appears identical to the one stolen from B.P.:



**7. Johnson: @Babyslime375x**

46. B.P. identified an individual he knew as "babyslime375x" as present during the offense, describing him as a short, younger Black male with darker skin who wore a "shiesty" mask and beanie and held B.P. and others at gunpoint. A December 20, 2025 Instagram story posted by @_twinncmo_ tagged @Babyslime375x. Memphis investigators identified "babyslime375x" as Kordae Johnson from previous gang investigations. [14]




**8. McDaniel: @Glizzy375**

47. B.P. identified "Glizzy375" as a young Black male with a low fade haircut who wore all black and a "shiesty" mask during the offense and threatened to shoot B.P. before Williams Jr. intervened. Online investigative research identified @Glizzy375 as an Instagram account associated with Darrion McDaniel, and Memphis investigators confirmed the individual depicted on the account appears visually similar to McDaniel.

**9. Gipson: @Mookieru_375**

48. Online investigative research and Memphis gang investigators confirmed

[14] "Message 375" is a song by Pooh Shiesty featuring Big 30. The number 375 is featured in many of the Instagram Accounts.

that the individual depicted throughout @Mookieru_375 matches Gipson's recent arrest booking photograph. The account features the identifiers "375" and "CMO" and is followed by multiple **Target Suspects**.




**I. *Summary of Target Suspects' Involvement***

65. The following is a summary of each suspect's involvement and evidence tying each to the offense.

1. **Demarcus Glover XX-XX-2003**

- Eyewitness accounts state that Glover produced a handgun or AR/AK style pistol and robbed M.M. of his personal property.

- Surveillance video and eyewitness accounts place Glover at the offense location and following the offense at the Comfort Inn with other **Target Suspects** wearing clothing consistent with what the suspects in the kidnapping/robbery appeared to be wearing.

- Glover posted multiple videos of himself and other **Target Suspects** on Instagram flashing cash and wearing what appeared to be the stolen jewelry.

- Greyhound Bus Line records indicate Glover traveled with other Target Suspects on January 11, 2026 from Dallas, Texas to Memphis, Tennessee.

- Glover's electronic leg monitor corroborates his presence at or near the offense location at the time of the kidnapping and robbery.

2. **Damarian Gipson XX-XX-2000**

- Surveillance video and eyewitness accounts state that Gipson left the office building and returned with a bag, presumably containing firearms.

- Surveillance and eyewitness accounts place Gipson at the offense location and following the offense at the Comfort Inn with other **Target Suspects** wearing clothing consistent with what the suspects in the kidnapping/robbery appeared to be wearing.

- Cell phone records indicate Gipson traveled from Memphis, Tennessee to Dallas, Texas on January 9, 2026 and place Gipson in the area of the offense location during the offense.

- Greyhound Bus Line records indicate Gipson traveled with other **Target Suspects** on January 11, 2026 from Dallas, Texas to Memphis, Tennessee.

- Gipson's latent print was lifted from the crime scene.

- On January 11, 2026, Glover posted an Instagram video of Rodgers and Gipson on a bus showing them flashing large amounts of money.

3. **Kordae Johnson XX-XX-2006**

- Eyewitness accounts state that Johnson held B.P. and others at gunpoint inside the recording studio control room.

- Surveillance video and eyewitness accounts place Johnson at the offense location and following the offense at the Comfort Inn with other **Target Suspects** wearing clothing consistent with what the suspects in the kidnapping/robbery appeared to be wearing.

- Cell phone records indicate Johnson traveled from Memphis, Tennessee to Dallas, Texas, arriving on January 9, 2026.

- Cell phone records indicate Johnson traveled back to Memphis, Tennessee from Dallas, Texas with other **Target Suspects** on January 13, 2026.

4. **Darrion McDaniel XX-XX-2000**

- Eyewitness accounts state that McDaniel stole jewelry from B.P. at gunpoint while threatening to shoot him.

- Surveillance video and eyewitness accounts place McDaniel at the offense location and following the offense at the Comfort Inn with other **Target Suspects** wearing clothing consistent with what the suspects in the kidnapping/robbery appeared to be wearing.

- Greyhound Bus Line records indicate McDaniel traveled with other **Target Suspects** on January 11, 2026 from Dallas, Texas to Memphis, Tennessee.

- Glover posted a video to his Instagram account on January 11, 2026 of an individual he knows as "Glizzy" (a known nickname of McDaniel) flashing a large amount of cash.

5. **Terrance Rodgers XX-XX-2000**

- Eyewitness accounts state that Rodgers searched B.P.'s pockets and stole his wallet at gunpoint.

- Surveillance video and eyewitness accounts place Rodgers at the offense location and following the offense at the Comfort Inn with other **Target Suspects** wearing clothing consistent with what the suspects in the kidnapping/robbery appeared to be wearing.

- Cell phone records indicate Rodgers traveled to Dallas, Texas prior to the offense and place him in the area of the offense location during the offense.

- Rodgers posted Instagram videos flashing the stolen "Batman" Rolex and appeared in Instagram videos flashing cash and watches with other **Target Suspects**.

- Greyhound Bus Line records indicate Rodgers traveled with other

**Target Suspects** on January 11, 2026 from Dallas, Texas to Memphis, Tennessee.

- Rodgers' latent print was lifted from the crime scene.

6. **Kedarius Waters XX-XX-2001**

- Eyewitness accounts state that Waters produced a firearm and held the victims at gunpoint.

- Surveillance video and eyewitness accounts place Waters at the offense location and following the offense at the Comfort Inn with other **Target Suspects** wearing clothing consistent with what the suspects in the kidnapping/robbery appeared to be wearing.

- Cell phone records indicate Waters traveled to Dallas, Texas prior to the offense and place him in the area of the offense location during the offense.

- Cell phone records indicate Waters traveled back to Memphis, Tennessee with other **Target Suspects** on January 13, 2026.

7. **Lontrell Williams Jr. XX-XX-1999**

- Eyewitness accounts state that Williams Jr. brought R.D. into the recording studio and demanded that R.D. sign the release contract at gunpoint before taking R.D.'s wedding ring, watch, earrings, and cash.

- Eyewitness accounts also place Williams Jr. in the room when the additional kidnapping and robberies of M.M. and B.P. occurred.

- Cell phone records, electronic location monitoring, and surveillance footage place Williams Jr. at the offense location.

- Electronic location monitoring data also places Williams Jr. at a Staples location with his father, believed to be printing the termination contract, prior to arriving at the offense location.

8. **Lontrell Williams Sr. XX-XX-1976**

- Eyewitness accounts state that Williams Sr. procured the recording studio where the offense occurred.

- Williams Sr. assisted Williams Jr. in procuring R.D.'s signature on the purported contract release.

- Surveillance footage from the day of the offense shows Williams Sr. entering the building unmasked and later exiting the building carrying a backpack he did not have when he entered.

- Surveillance footage and eyewitness accounts place Williams Sr. at the offense location and following the offense wearing similar clothing to what the suspects in the kidnapping and robbery appeared to be wearing.

- Subpoena records and cell phone records place him in the area of the offense location during the offense.

- Subpoena records and surveillance footage place Williams Sr. at a Staples location, believed to be printing the termination contract, prior to arriving at the offense location.

9. **Rodney Wright Jr. XX-XX-1999**

- Eyewitness accounts state that Wright went to the recording room during Williams Jr.'s conversation with R.D. and returned with a bag containing firearms.

- Eyewitness accounts state that Wright filmed the "release" of the contract.

- Surveillance footage and eyewitness accounts place Wright at the offense location and following the offense wearing similar clothing to what the suspects in the kidnapping and robbery appeared to be wearing.

- Cell phone records indicate Wright traveled to Dallas, Texas in a vehicle registered to his father, prior to the offense and place him in the area of the offense location during the offense.

- Cell phone records indicate Wright traveled back to Memphis, Tennessee with other **Target Suspects** on January 13, 2026.

## CONCLUSION

64. Based on the facts set forth above, there is probable cause to believe that on January 10, 2026, in the Dallas Division of the Northern District of Texas, **Demarcus Glover, Damarian Gipson, Kordae Johnson, Darrion McDaniel, Terrance Rodgers, Kedarius Waters, Lontrell Williams Jr., Lontrell Williams Sr., and Rodney Wright Jr.,** conspired to and committed kidnapping, in violation of 18 U.S.C. §§ 1201(a) and (c).

Brittany A. Garcia
Special Agent
Federal Bureau of Investigation

Agent sworn and signature confirmed via reliable electronic means on March 30, 2026, pursuant to Fed. R. Crim. P. 4.1.

THE HONORABLE RENÉE HARRIS TOLIVER
United States Magistrate Judge
Northern District of Texas